EMMA GROTHENHEN v. FRANCIS D. DUFFIELD.

Decided June 7, 1927.

**Bond and Warrant—Recovery on Bond Secured by Mortgage Which Had Been Foreclosed—Such Proceedings Under Statute Which Has Not Been Complied With Here.**

On rule, &c.

Before Justices PARKER and CAMPBELL.

For the rule, *Avis & Avis.*

*Contra, John C. Edmunds.*

MEMORANDUM.

The judgment in this case was entered upon a bond and warrant of attorney. The bond was secured by a mortgage which had been foreclosed and the mortgaged lands sold under such proceedings before the action was taken leading up to the judgment now under attack.

• Under such circumstances the proceedings are controlled by, 3 *Comp. Stat., p.* 3423, § 51, and it is apparent that such statute was not followed or complied with.

The rule to show cause must therefore be made absolute and the judgment set aside, with costs.